**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    US Anesthesia Partners and Paul Sims, Jr., M.D. v. Brian Blake Robinson, Individually and on Behalf of the Estate of Aundi Griffin Robinson, Griffin Robinson, Justin Robinson, and Dustin Robinson

Appellate case number:    01-21-00572-CV

Trial court case number:    2020-78191

Trial court:    127th District Court of Harris County

Date motion filed:    September 26, 2022

Party filing motion:    Appellants


It is ordered that the motion for rehearing filed by appellants, US Anesthesia Partners and Paul Sims Jr., M.D., is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                   Acting for the Court

Panel consists of: Justices Kelly, Countiss, and Rivas-Molloy.


Date:    ___October 25, 2022___